People v Dominguez (2025 NY Slip Op 03980)

People v Dominguez

2025 NY Slip Op 03980

Decided on July 01, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: July 01, 2025

Before: Manzanet-Daniels, J.P., González, Mendez, Rodriguez, Rosado, JJ. 

Ind. No. 74152/22, 74154/22|Appeal No. 4674-4675|Case No. 2024-00741, 2023-0613|

[*1]The People of The State of New York, Respondent,
v
Jefter Dominguez, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (David J. Klem of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Kevin Arturo Peterson of counsel), for respondent.

Appeals having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Jeffrey M. Zimmerman, J.), rendered October 26, 2023,
Said appeals having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive,
It is unanimously ordered that the judgment so appealed from be and the same are hereby affirmed.
THIS CONSTITUTES THE DECISION AND ORDER
OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: July 1, 2025
Counsel for appellant is referred to
§ 606.5, Rules of the Appellate Division,
First Department.